ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Caddell-Nan, a Joint Venture | ) | ASBCA Nos. 63834, 63835 |
| | ) | |
| Under Contract No. N62742-18-C-1304 | ) | |

APPEARANCES FOR THE APPELLANT:     Jonathan R. Mayo, Esq.
Randi N. Thompson, Esq.
James K. Bidgood, Jr., Esq.
  Smith Currie Oles LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Allison M. McDade, Esq.
  Navy Chief Trial Attorney
Antonio T. Robinson, Esq.
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 14, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63834, 63835, Appeals of Caddell-Nan, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:  August 14, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals